UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. _08CR1767-LAB_ |
| | ) | _08MJ1537-AJB_ |
| vs. | ) | ORDER |
| _Rodrigo Ramirez-Martinez_ | ) | RELEASING MATERIAL WITNESS |
| | ) | |
| | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

_Salvador Cisneros-Vazquez_

DATED: _6/3/08_

ANTHONY J. BATTAGLIA

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _/s/ Madueno_   Y. MADUENO
Deputy Clerk